# CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace neither replace nor supplement the filing and service of pleadings as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF FORM.)

## I. (a) PLAINTIFFS

Aeroglobal Capital Management, LLC.

## DEFENDANTS

Cirrus Industries, Inc., Cirrus Holding Company Limited, Crescent Capital Investments, Inc., First Islamic Investment Bank, E.C., Alan L. Klapmeier, Dale E. Klapmeier, Peter P. McDermott, II John N. Dyslin, Sima Griffith, Marwan Atalla, William J. Midon, and William C. Wood

**(b)** County of Resident of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME AND TELEPHONE NUMBER)
Paul R. Rosen/ Timothy C. Russell/ Michael C. Wagner
Spector Gadon & Rosen
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215-241-8888

ATTORNEYS IF KNOWN:

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One box for Plaintiff and one Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury-- Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC | | 430 Banks and Banking |
| 140 Negotiable Instrument | 365 Personal Injury-- Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| | 368 Asbestos Personal Injury Product Liability | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 330 Federal Employers' Liability | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Services |
| | 340 Marine / **PERSONAL PROPERTY** | 690 Other | | X 850 Securities/Commodities/ Exchange |
| 153 Recovery of Overpayment of Veteran's Benefits | 345 Marine Product Liability / 370 Other Fraud | | **LABOR** | 875 Customer Challenge 12 USC 3410 |
| 160 Stockholders' Suits | 350 Motor Vehicle / 371 Truth in Lending | | | 891 Agricultural Acts |
| 190 Other Contract | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | **SOCIAL SECURITY** | 892 Economic Stabilization Act |
| 195 Contract Product Liability | 360 Other Personal Injury / 385 Property Damage Product Liability | | 861 HIA (1395ff) | 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | 862 Black Lung (923) | 894 Energy Allocation Act |
| | | 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 895 Freedom of Information Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | | 864 SSID Title XVI | |
| 220 Foreclosure | 442 Employment | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations / Habeas Corpus: | | **FEDERAL TAX SUITS** | |
| 240 Torts to Land | 530 General | 740 Railway Labor Act | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 444 Welfare / 535 Death Penalty | | 870 Taxes (U.S. Plaintiff) or Defendant | 890 Other Statutory Actions |
| 290 All Other Real Property | 440 Other Civil Rights / 540 Mandamus & Other | 790 Other Labor Litigation | | |
| | 550 Civil Rights | | 871 IRS--Third Party 26 USC 7609 | |
| | 555 Prison Condition | 791 Empl. Ret. Inc. Security Act | | |

## V. ORIGIN (Place an "X" in One Box Only)

- X 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Securities and Exchange Act of 1934, SEC Rule 10b-5, 15 U.S.C. § 78t

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: X Yes   No

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE          SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

Receipt #_____     Amount _____     Applying IFP_____     Judge_____     Mag. Judge_____