# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA -- DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 340 Pulmer Park Road, Plm Beach, Fl

Address of Defendant: ~~Cirrus Industries, Inc., The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.~~ **SEE ATTACHED SHEET FOR ADDITIONAL DEFENDANTS**

Place of Accident, Incident or Transaction
*(Use Reverse Side for Additional Space)*

Does this case have multidistrict litigation possibilities?    Yes    X No

*RELATED CASE IF ANY* — None

Case Number:          Judge          Date Terminated

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court:    Yes    No

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes    No

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes    No

CIVIL: (Place in *ONE CATEGORY ONLY*)

A. *Federal Question Cases:*
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. X  Securities Act(s) Cases
10. Social Security Review Cases
11. All other Federal Question Cases (please specify)

B. *Diversity Jurisdiction Cases:*
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury (Please specify)
7. Products Liability
8. Products Liability - Asbestos
9. All other Diversity Cases (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I,    Paul R, Rosen    , counsel of record do hereby certify:

X   Pursuant to Local Civil Rule 8, Section 4(a)(2), that, to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and cost;

    Relief other than monetary damages is sought.

Date:
                              *Attorney at Law*                              Attorney I.D. #
NOTE:  A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

Date: _____  _____
                                *Attorney at Law*            Attorney I.D. #

_____