ADDITIONAL DEFENDANTS:

Alan L. Klapmeier, 404 Hastings Drive, Duluth, MN 55803

Marwan Atalla, 4720 Post Oak Timber Drive, Houston, TX 77056

Cirrus Holding Company Limited

Crescent Capital Investments, Inc. c/o RL & F Service Corp., One Rodney Square, 10th Floor, 10th and King Streets, Wilmington, DE 19801

Dale E. Klapmeier, 4875 Adrian Lane, Hermantown, MN 55811

John D. Dyslin, Crescent Capital Investments, Inc., RL & F Service Corp., One Rodney Square, 10th Floor, 10th and King Streets, Wilmington, DE 19801

First Islamic Investment Bank, P.O. Box 1406, Manama, Bahrain

Sima Griffith, 1786 James Avenue South, Minneapolis, MN 55403

Peter P. McDermott, 3171 Woodland Drive, Grand Rapids, MN 55744

William J. Midon, 33 Spencer Brook Road, Concord, MA 01742

William C. Wood, 52 Medical Park Drive East, Birmingham, AL 35235