## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AEROGLOBAL CAPITAL MANAGEMENT, LLC., a Delaware Limited Liability Company

v.

CIRRUS INDUSTRIES, INC., a Delaware Corporation, CIRRUS HOLDING COMPANY LIMITED, a Cayman Islands Corporation, CRESCENT CAPITAL INVESTMENTS, INC., a Delaware Corporation, FIRST ISLAMIC INVESTMENT BANK, E.C., a Bahrain Investment Bank, ALAN L. KLAPMEIER, DALE E. KLAPMEIER, PETER P. McDERMOTT, II, JOHN N. DYSLIN, SIMA GRIFFITH, MARWAN ATALLA, WILLIAM J. MIDON, and WILLIAM C. WOOD

CIVIL ACTION NO. 02-5311

TO: (NAME AND ADDRESS OF DEFENDANT)

William Midon
33 SpencerBrook Road
Concord, MA 01742

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Paul R. Rosen, Esq.
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: July 24, 2002 |
|---|---|

(By) Deputy Clerk

*Tashia C. Irving*
Tashia C. Irving

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11\18\02 |
| NAME OF SERVER *(PRINT)* Jamie moses | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): _Served on 11\12\02 by Certified mail, return receipt requested. See attached receipt._

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11\18\02___
           Date

Signature of Server

_1635 market St. 7th Floor_
*Address of Server* Philadelphia, PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Coelho* ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name) *Terezinha Coelho*  C. Date of Delivery *11-12-02* |
| 1. Article Addressed to:<br><br>William Midon<br>33 Spencer Brook Road<br>Concord, MA 01742 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number<br>*(Transfer from service label)*  7002 0460 0002 7252 8115 | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jamie Moses

Spector Gadon & Rosen
1635 Market Street, 7th Floor
Philadelphia, PA 19103