## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
| AEROGLOBAL CAPITAL MANAGEMENT, LLC., a Delaware Limited Liability Company<br><br>v.<br><br>CIRRUS INDUSTRIES, INC., a Delaware Corporation, CIRRUS HOLDING COMPANY LIMITED, a Cayman Islands Corporation, CRESCENT CAPITAL INVESTMENTS, INC., a Delaware Corporation, FIRST ISLAMIC INVESTMENT BANK, E.C., a Bahrain Investment Bank, ALAN L. KLAPMEIER, DALE E. KLAPMEIER, PETER P. McDERMOTT, II, JOHN N. DYSLIN, SIMA GRIFFITH, MARWAN ATALLA, WILLIAM J. MIDON, and WILLIAM C. WOOD | CIVIL ACTION NO. 02-5311<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Marwan Atalla<br>4720 Post Oak Timber Drive<br>Houston, TX 77056 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Paul R. Rosen, Esq.
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: July 24, 2002 |

(By) Deputy Clerk

*Tashia C. Irving* (signature)
Tashia C. Irving

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/15/02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jamie Moses | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Certified mail, return receipt requested. See attached for copy of receipt.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/26/02
*Date*

*Signature of Server*  Jamie Moses

*Address of Server*  1635 Market St., 7th Floor, Philadelphia, PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marwan Atalla
4720 Post Oak Timber Drive
Houston, TX 77056

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 11/15/02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 0460 0002 7252 8108

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

---

UNITED STATES POSTAL SERVICE

[Postmark: HOUSTON TX 770, PM, 15 NOV 2002]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

Jamie Moses
Spector Gadon + Rosen
1635 Market St. 7th Floor
Philadelphia, PA 19103