IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC., a Delaware Limited Liability Company, **Plaintiff,** v. CIRRUS INDUSTRIES, INC., a Delaware Corporation, CIRRUS HOLDING COMPANY LIMITED, a Cayman Islands Corporation, CRESCENT CAPITAL INVESTMENTS, INC., a Delaware Corporation, FIRST ISLAMIC INVESTMENT BANK, E.C., a Bahrain Investment Bank, ALAN KLAPMEIER, DALE KLAPMEIER, PETER P. McDERMOTT, II, JOHN N. DYSLIN, SIMA GRIFFITH, MARWAN ATALLA, WILLIAM J. MIDON, and WILLIAM C. WOOD, **Defendants.** | C.A. NO. 02-CV-5311 JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 200_, upon consideration of plaintiff's motion to vacate the order dated December 10, 2002, in this action and to extend the time for serving defendants Griffith and Wood with original process, it is hereby ORDERED that the motion is GRANTED. It is FURTHER ORDERED that plaintiff has 45 days from the date of this order to effect service or process on defendants Griffith and Wood.

BY THE COURT:

_____
William H. Yohn, Jr., Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC., a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> CIRRUS INDUSTRIES, INC., a Delaware Corporation, CIRRUS HOLDING COMPANY LIMITED, a Cayman Islands Corporation, CRESCENT CAPITAL INVESTMENTS, INC., a Delaware Corporation, FIRST ISLAMIC INVESTMENT BANK, E.C., a Bahrain Investment Bank, ALAN KLAPMEIER, DALE KLAPMEIER, PETER P. McDERMOTT, II, JOHN N. DYSLIN, SIMA GRIFFITH, MARWAN ATALLA, WILLIAM J. MIDON, and WILLIAM C. WOOD, <br><br> Defendants. | C.A. NO. 02-CV-5311 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO VACATE ORDER DATED DECEMBER 10, 2002 AND TO EXTEND THE TIME TO EFFECT SERVICE UPON CERTAIN DEFENDANTS**

Plaintiff AeroGlobal Capital Management, LLC, through its undersigned counsel, hereby moves this Court for an order (i) vacating the Court's December 10, 2002, order dismissing this action as against all defendants other than First Islamic Investment Bank, E.C., and (ii) granting plaintiff an additional 45 days to effectuate service of process on defendants Sima Griffith and William C. Wood. The reasons for granting this motion are set forth in the memorandum of law in support hereof, which is being filed concurrently herewith.

WHEREFORE, plaintiff respectfully requests that the Court grant the motion, vacate its order dated December 10, 2002, and grant plaintiff additional time to serve defendants Griffith and Wood with original process in this matter.

Respectfully submitted,

SPECTOR GADON & ROSEN, P.C.

_____
Paul R. Rosen
Timothy C. Russell
Michael C. Wagner
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888
(215) 241-8844 (fax)

Attorneys for Plaintiff
AeroGlobal Capital Management, LLC.

Dated:  December 20, 2002

## **CERTIFICATE OF SERVICE**

I, Michael C. Wagner, hereby certify that I caused a true and correct of the foregoing Motion to be served upon the following counsel for defendants, by hand delivery, on this the 20th day of December, 2002, at the address indicated.

Francis P. Newell, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(Counsel for all defendants)

_____
Michael C. Wagner