IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **AEROGLOBAL CAPITAL MANAGEMENT, LLC.,** a Delaware Limited Liability Company, | : : : |
| Plaintiff, | : : |
| v. | C.A. NO. 02-CV-5311 : : |
| **CIRRUS INDUSTRIES, INC., et al.** | : : JURY TRIAL DEMANDED |
| Defendants. | : : |

_____

**PRAECIPE TO FILE AMENDED CERTIFICATE OF SERVICE**

TO THE CLERK:

    Kindly file the amended certificate of service attached hereto as Exhibit "A" and note its connection with the filing and service of Plaintiff's Motion to Vacate that was filed with the Court on December 20, 2002.

                                             SPECTOR GADON & ROSEN, P.C.

                                             _____
                                             Paul R. Rosen
                                             Timothy C. Russell
                                             Michael C. Wagner
                                             1635 Market Street, 7th Floor
                                             Philadelphia, PA  19103
                                             (215) 241-8888
                                             (215) 241-8844 (fax)

                                             Attorneys for Plaintiff
                                             AeroGlobal Capital Management, LLC.

Dated:  December 23, 2002

## **AMENDED CERTIFICATE OF SERVICE**

I, Michael C. Wagner, hereby certify that I caused a true and correct copy of the Motion to be served upon the following counsel for Defendants, via first-class mail, on the 20th day of December, 2002, at the address indicated.

Francis P. Newell, Esquire
Montgomery, McCracken, Walker & Rhodes, LLP
123 South Broad Street
Philadelphia, Pa  19109
(Counsel for all defendants)

_____
Michael C. Wagner

## **CERTIFICATE OF SERVICE**

     I, Michael C. Wagner, hereby certify that I caused a true and correct of the foregoing Praecipe to be served upon the following counsel for defendants, by first-class mail, on this the 23rd day of December, 2002, at the address indicated.

Francis P. Newell, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(Counsel for all defendants)

                                                      _____
                                                      Michael C. Wagner