IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AEROGLOBAL CAPITAL MANAGEMENT, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | No. 2:02-CV-05311-WY |
| v. : | |
| : | |
| **CIRRUS INDUSTRIES, INC., et al.** : | |
| : | |
| **Defendants** : | |

**STIPULATION TO EXTEND TIME**

It is hereby stipulated between plaintiff and defendant Crescent Capital Investments, Inc. that all defendants shall have an extension of time, to and including January 10, 2003,

-2-

within which to respond to Plaintiff's Motion to Vacate Order Dated December 10, 2002 and to Extend the Time to Effect Service Upon Certain Defendants.

| | |
|---|---|
| Paul R. Rosen (I.D. # 13396) | Francis P. Newell (I.D. # 22277) |
| Timothy C. Russell (I.D. # 17853) | Peter Breslauer (I.D. # 66641) |
| Michael C. Wagner (I.D. # 78756) | MONTGOMERY, McCRACKEN, |
| SPECTOR, GADON & ROSEN, P.C. |   WALKER & RHOADS, LLP |
| 1635 Market Street, 7th Floor | 123 South Broad Street |
| Philadelphia, PA  19103 | Philadelphia, PA  19109 |
| (215) 241-8888 | (215) 772-1500 |
| (215) 241-8844 (fax) | (215) 772-7620 (fax) |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| AeroGlobal Capital Management, LLC | Crescent Capital Investments, Inc. |

APPROVED:_____
                                                     J.