IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC | : CIVIL ACTION<br>:<br>: |
| vs. | :<br>: |
| CIRRUS INDUSTRIES, INC., ET AL. | : NO. 02-5311 |

O R D E R

**AND NOW**, this 16th day of January, 2003, upon consideration of plaintiff's motion to vacate order dated December 10, 2002 and to extend the time to effect service upon certain defendants and defendants' brief in opposition thereto, **IT IS HEREBY ORDERED** that:

1. By agreement of counsel, the order of December 10, 2002 is **VACATED** as to defendants Cirrus Industries, Inc., Cirrus Holding Company Limited, Alan L. Klapmeier, Dale E. Klapmeier, Peter P. McDermott, II, John N. Dyslin, Marwan Aall, William J. Midon and William C. Wood **ONLY**, and those defendants are reinstated as defendants in this action.

2. Defendant William C. Wood, Jr. having conceded in his response that he has been served with original process within the 120 day period following the filing of the suit, plaintiff's request to extend the time for serving defendant Wood is **DENIED AS MOOT**.

3. Plaintiff's motion and defendants' brief having set forth the facts with reference to the attempted service of defendant Sima Griffith, the court finds that plaintiff has not demonstrated good cause to extend the period within which service may be effected upon defendant Sima Griffith and the motion is **DENIED** in all respects as to defendant Sima Griffith.

_____
William H. Yohn, Jr., Judge