IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC, | : |
| | : |
| Plaintiff, | : |
| | : C.A. NO. 2:02-CV-05311-WY |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CIRRUS INDUSTRIES, INC., et al. | : |
| | : |
| Defendants | : |

### STIPULATION TO EXTEND TIME

It is hereby stipulated between plaintiff and all defendants that said defendants shall have an extension of time, i.e., until and including February 5, 2003, within which to answer, plead or

874658v1

-2-

otherwise move with respect to the Complaint.

*/s/ T. C. Russell*  
Paul R. Rosen (I.D. # 13396)  
Timothy C. Russell (I.D. # 17853)  
Michael C. Wagner (I.D. # 78756)  
SPECTOR, GADON & ROSEN, P.C.  
1635 Market Street, 7th Floor  
Philadelphia, PA 19103  
(215) 241-8888  
(215) 241-8844 (fax)  

Attorneys for Plaintiff

*/s/ Francis P. Newell*  
Francis P. Newell (I.D. # 22277)  
Peter Breslauer (I.D. # 66641)  
MONTGOMERY, McCRACKEN,  
 WALKER & RHOADS, LLP  
123 South Broad Street  
Philadelphia, PA 19109  
(215) 772-1500  
(215) 772-7620 (fax)  

Attorneys for All Defendants

APPROVED:_____

J.

874658v1