```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC | : | CIVIL ACTION |
| vs. | : | |
| CIRRUS INDUSTRIES, INC., ET AL. | : | NO. 02-5311 |

ORDER

**AND NOW,** this 31st day of January, 2003, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]    - Order staying these proceedings pending disposition of a related action.

- [ ]    - Order staying these proceedings pending determination of arbitration proceedings.

- [ ]    - Interlocutory appeal filed

- [X]    - Other: Upon request of plaintiff's counsel by letter of December 27, 2002, to which defendants' counsel have not objected for a period of time not to exceed the disposition of the related action in the state court of Delaware. Plaintiff's counsel shall advise the court at sixty day intervals of the status of the Delaware action.

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                        **BY THE COURT:**

                                        _____
                                        WILLIAM H. YOHN, JR., J.

Civ. 13 (8/80)