```
00001
  1         IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
                    IN AND FOR NEW CASTLE COUNTY
  2

  3

  4    AEROGLOBAL CAPITAL
       MANAGEMENT, LLC.,
  5    A DELAWARE LIMITED
       LIABILITY COMPANY,
  6

  7              Plaintiff,        Civil Action No.
                                   01C-08-89 CHT
  8         vs.

  9    CIRRUS INDUSTRIES, INC.,
       A DELAWARE CORPORATION,
 10    CIRRUS HOLDING COMPANY
       LIMITED, A CAYMAN ISLANDS
 11    CORPORATION, CRESCENT CAPITAL
       INVESTMENTS, INC., A DELAWARE
 12    CORPORATION, SIMA GRIFFITH,
       MARWAN ATALLA, WILLIAM J. MIDON
 13    AND WILLIAM C. WOODS,

 14              Defendants.

 15    _____

 16                      DEPOSITION OF

 17                     JOHN N. DYSLIN

 18                    ATLANTA, GEORGIA

 19                      MAY 7, 2002

 20    REPORTED BY:  ANNA-MARIE CHEAK
                     RPR, CSR-B-1109
 21

 22    FILE NO: 405983

 23

 24

 25
```

```
00013
  1        A    We sat down informally for about a half
  2   hour.
  3        Q    Do you know whether Mr. Ogburn met with
  4   him?
  5        A    Yes.
  6        Q    Did the acquisition by Cirrus Holding
  7   Company Ltd. of the Cirrus Industry shares close on
  8   or about August 21; does that accord with your
  9   recollection?
 10        A    Yes.
 11        Q    Do you recall specifically that the
 12   closing did occur on August 21?
 13        A    I believe it was August 21.
 14        Q    Where was the closing?
 15        A    I'm trying to remember whether the closing
 16   took place in Minneapolis or Duluth.  There was
 17   pre-closing activity in Minneapolis, but we had a
 18   shareholder's meeting in Duluth, so somewhere in
 19   Minnesota.
 20        Q    Are you a Director of Cirrus Industries at
 21   the present time?
 22        A    Yes.
 23        Q    Did you become a Director on August 21st?
 24        A    Yes.
 25        Q    Who else employed by Crescent Capital, if
```