IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AEROGLOBAL CAPITAL MANAGEMENT,
LLC., a Delaware Limited Liability Company,

        Plaintiff,

v.

CIRRUS INDUSTRIES, INC., a Delaware
Corporation, CIRRUS HOLDING COMPANY
LIMITED, a Cayman Islands Corporation,
CRESCENT CAPITAL INVESTMENTS,
INC., a Delaware Corporation, FIRST
ISLAMIC INVESTMENT BANK, E.C., a
Bahrain Investment Bank, ALAN L.
KLAPMEIER, DALE E. KLAPMEIER,
PETER P. McDERMOTT, II, JOHN N.
DYSLIN, SIMA GRIFFITH, MARWAN
ATALLA, WILLIAM J. MIDON AND
WILLIAM C. WOOD,

        Defendants.

C.A. NO. 02-CV-5311

JURY TRIAL DEMANDED

## AFFIDAVIT OF WILLIAM KING

STATE OF MINNESOTA   )
                                )  ss:
COUNTY OF ST. LOUIS   )

William King, being first duly sworn upon oath, states and alleges as follows:

1. I am the Vice President of Business Administration for Cirrus Industries, Inc. I have held this position since 1993. I am responsible for business development, growth, facilities, risk management and governmental affairs at Cirrus. I submit this affidavit based on my personal knowledge.

2. Cirrus Industries, Inc. is a privately-held Delaware corporation. It currently designs, manufactures, and markets general aviation composite aircraft. Cirrus' principal

place of business is Duluth, Minnesota. Its only manufacturing plants are in Duluth, Minnesota and Grand Forks, North Dakota.

3. Cirrus sells its products factory direct. All sales take place in Duluth, Minnesota. While Cirrus has sold airplanes to people from Pennsylvania it has not made any airplane sales in Pennsylvania. Cirrus has no regional sales managers located in Pennsylvania. On October 31, 2002 Cirrus hired an individual who lives in Denver, Pennsylvania, Lancaster County as its technical representative for the northeast region. This individual travels throughout the eastern seaboard north of North Carolina and provides service advice, warranty service and customer service to owners of Cirrus airplanes.

4. Cirrus does not participate in any industry trade shows in Pennsylvania. Cirrus does not specifically target Pennsylvania or Pennsylvania residents in its advertising.

5. I have never been to Pennsylvania in my capacity as a Cirrus officer.

FURTHER AFFIANT SAITH NOT.

William King

Subscribed and sworn to before me
this 18 day of November, 2002.

Beth Johnson
Notary Public

BETH A. JOHNSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005

2