IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AEROGLOBAL CAPITAL MANAGEMENT,
LLC., a Delaware Limited Liability Company,

        Plaintiff,

v.

CIRRUS INDUSTRIES, INC., a Delaware
Corporation, CIRRUS HOLDING COMPANY
LIMITED, a Cayman Islands Corporation,
CRESCENT CAPITAL INVESTMENTS,
INC., a Delaware Corporation, FIRST
ISLAMIC INVESTMENT BANK, E.C., a
Bahrain Investment Bank, ALAN L.
KLAPMEIER, DALE E. KLAPMEIER,
PETER P. McDERMOTT, II, JOHN N.
DYSLIN, SIMA GRIFFITH, MARWAN
ATALLA, WILLIAM J. MIDON AND
WILLIAM C. WOOD,

        Defendants.

C.A. NO. 02-CV-5311

JURY TRIAL DEMANDED

## AFFIDAVIT OF PETER P. MCDERMOTT II

STATE OF MINNESOTA   )
                               ) ss:
COUNTY OF HENNEPIN   )

      Peter P. McDermott II, being first duly sworn upon oath, states and alleges as follows:

      1.   From September, 2000 through March, 2002, I was Executive Vice President and Chief Financial Officer at Cirrus Industries, Inc. I submit this affidavit based upon personal knowledge.

      2.   I reside in Grand Rapids, Minnesota. I have no homes or property in Pennsylvania.

3. While employed by Cirrus Industries, I never traveled to Pennsylvania in connection with Cirrus, Aeroglobal or Crescent Capital.

FURTHER AFFIANT SAITH NOT.

_____
Peter P. McDermott, II

Subscribed and sworn to before me
this 12th day of November 2002.

_____
Notary Public



SUSAN E. WOLFE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

2