IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AEROGLOBAL CAPITAL MANAGEMENT,
LLC., a Delaware Limited Company,

        Plaintiff,

v.

CIRRUS INDUSTRIES, INC., a
Delaware Corporation, CIRRUS HOLDING
COMPANY LIMITED, a Cayman Islands
Corporation, CRESCENT CAPITAL
INVESTMENTS, INC., a Delaware
Corporation, FIRST ISLAMIC
INVESTMENT BANK, E.C., a Bahrain
Investment Bank, ALAN L.
KLAPMEIER, DALE E. KLAPMEIER,
PETER P. McDERMOTT, II, JOHN N.
DYSLIN, SIMA GRIFFITH, MARWAN
ATALLA, WILLIAM J. MIDON and
WILLIAM C. WOOD,

        Defendants.

C. A. No. 02-CV-5311

JURY TRIAL DEMANDED

### AFFIDAVIT OF WILLIAM C. WOOD, JR.

**STATE OF ALABAMA** )
)
**COUNTY OF JEFFERSON** )

Before me, the undersigned notary public in and for said county and state, personally appeared WILLIAM C. WOOD, JR., who, being first duly sworn, deposes as follows:

1.     I am a defendant in the above-styled case. This affidavit is based upon my personal knowledge and is submitted in support of the Motion to Dismiss filed on my behalf.

2. Defendant Cirrus Industries, Inc., ("Cirrus") is a Delaware corporation with its principal place of business in Minnesota. I served as a member of Cirrus' Board of Directors from March 21, 2001 until August 21, 2001.

3. During all times I served as a director of Cirrus, I have been a resident of Birmingham, Alabama.

4. I have never resided in the State of Pennsylvania.

5. I have not (a) solicited or transacted any manner of business in the State of Pennsylvania, (b) derived substantial revenue from services or things consumed in the State of Pennsylvania, or (c) engaged in any other persistent course of conduct in the State of Pennsylvania.

6. I have not contracted to supply services or things in the State of Pennsylvania.

7. I have not maintained any interest in, used, or possessed real property in the State of Pennsylvania.

8. I have not contracted to insure any person, property, or risk located within the State of Pennsylvania.

Further Affiant sayeth not.

_____
WILLIAM C. WOOD, JR.

Sworn to and subscribed before me
This 29 day of January, 2003.

_____

My Commission Expires: _MY COMMISSION EXPIRES DECEMBER 21, 2005._