1

```
                              VOL. I
                              PAGES 1-200
                              EXHIBITS None

     IN THE SUPERIOR COURT OF THE STATE OF
     DELAWARE IN AND FOR NEW CASTLE COUNTY

           C.A. NO. 01-C-08-089 (CHT)

     *****************************************
                                              *
     AEROGLOBAL CAPITAL MANAGEMENT, LLC,      *
                                              *
         Plaintiff,                           *
                                              *
                  vs                          *
                                              *
     CIRRUS INDUSTRIES, INC., a Delaware      *
     Corporation, CIRRUS HOLDING COMPANY      *
     LIMITED, a Cayman Islands Corporation,   *
     CRESCENT CAPITAL INVESTMENTS, INC., a    *
     Delaware Corporation, SIMA GRIFFITH,     *
     MARWAN ATALLA, WILLIAM J. MIDON, and     *
     WILLIAM C. WOOD,                         *
                                              *
         Defendants.                          *
                                              *
     *****************************************
```

DEPOSITION OF WILLIAM J. MIDON, a witness called on behalf of the Plaintiff pursuant to the Delaware Rules of Civil Procedure before Carol L. Howley, Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Gadsby Hannah, LLP, 225 Franklin Street, Boston, Massachusetts, on Tuesday, November 12, 2002, commencing at 9:05 a.m.

ESQUIRE DEPOSITION SERVICES

4

```
 1            MR. HINTON:  We'll have the regular
 2       stipulations.  All objections except as to
 3       form reserved until trial.  And my witness
 4       would like to read and sign.
 5            MR. WAGNER:  Yes, that's fine.
 6
 7            WILLIAM MIDON, a witness called on
 8       behalf of the Plaintiff, first having been
 9       duly sworn, on oath deposes and says as
10       follows:
11
12       EXAMINATION BY MR. WAGNER
13
14  Q.   Mr. Midon, could you please state and spell
15       your full name for the record?
16  A.   William John Midon, W-I-L-L-I-A-M, J-O-H-N,
17       M-I-D-O-N.
18  Q.   And Mr. Midon how old are you?
19  A.   49.
20  Q.   Where do you reside?
21  A.   33 Spencer Brook Road, Concord,
22       Massachusetts.
23  Q.   Do you have any other residences?
24  A.   The house's name is Westcliffe,
```

ESQUIRE DEPOSITION SERVICES

8

```
 1   Q.   Where do you maintain your license?
 2   A.   Massachusetts and Pennsylvania.
 3   Q.   What did you do employmentwise after you
 4        graduated from Boston College School of Law
 5        in 1978?
 6   A.   I went to work for NCR Corporation.
 7   Q.   In what capacity did you work for NCR
 8        Corporation?
 9   A.   In computer system sales.
10   Q.   Did you begin with NCR Corporation
11        immediately after you took the bar exam?
12   A.   In September.
13   Q.   September of 1978?
14   A.   Correct.
15   Q.   How long did you work for NCR Corporation?
16   A.   It was an interim sort of custom employment.
17        I worked for them until March of the
18        following year.  And it was a preliminary
19        experience, if you will, because I went to
20        Bermuda in April of '79.
21   Q.   What prompted you to go to Bermuda?
22   A.   To begin working at Bermuda Business
23        Machines which is the NCR country
24        distributor for Bermuda.
```

ESQUIRE DEPOSITION SERVICES