IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> CIRRUS INDUSTRIES, INC., a Delaware Corporation, CIRRUS HOLDING COMPANY LIMITED, a Cayman Islands Corporation, CRESCENT CAPITAL INVESTMENTS, INC., a Delaware Corporation, FIRST ISLAMIC INVESTMENT BANK E.C., a Bahrain Investment Bank, ALAN L. KLAPMEIER, DALE E. KLAPMEIER, PETER P. McDERMOTT, II, JOHN N. DYSLIN, SIMA GRIFFITH, MARWAN ATALLA, WILLIAM J. MIDON, and WILLIAM C. WOOD, <br><br> Defendants. | C.A. No. 02-CV-5311 |

## DECLARATION OF HENRY A. THOMPSON

I, Henry A. Thompson, declare as follows:

1. I am an Executive Director and General Counsel of Defendant First Islamic Investment Bank E.C. ("First Islamic") and Director and Vice President of Defendant Cirrus Holding Company Limited ("CHCL"), a Cayman Islands company.

2. First Islamic is a Bahrain corporation with its principal place of business in Manama, Bahrain. First Islamic's principal address is P.O. Box 1406, Manama Bahrain.

3. Neither First Islamic nor CHCL has any offices, employees, or agents in the State of Pennsylvania.

4. Neither First Islamic nor CHCL has transacted any business in the State of Pennsylvania. They have not (i) engaged in any act (or a series of acts) for the purpose of

thereby realizing pecuniary benefit; (ii) knowingly shipped any merchandise directly or indirectly into or through the State of Pennsylvania; or (iii) engaged in any business or profession within the State of Pennsylvania.

5. Neither First Islamic nor CHCL has contracted to supply services or things in the State of Pennsylvania.

6. Neither First Islamic nor CHCL owns, uses, or possesses any real property located in the State of Pennsylvania.

7. Neither First Islamic nor CHCL has contracted to insure or act as surety for, or on, any person, property, risk, contract, obligation or agreement located, executed or to be performed in the State of Pennsylvania.

8. Neither First Islamic nor CHCL has accepted election or appointment or exercised powers under the authority of the State of Pennsylvania as a (i) personal representative of a decedent; (ii) guardian of a minor or incapacitated person; (iii) trustee or other fiduciary; or (iv) director or officer of a corporation. They have not executed a bond concerning any of the foregoing categories of persons.

9. Neither First Islamic nor CHCL has applied to any government unit of the State of Pennsylvania for any certificate, license, permit, registration or similar instrument or authorization or exercised any such instrument or authorization.

10. Neither First Islamic nor CHCL has violated within the jurisdiction of the State of Pennsylvania any statute, home rule charter, local ordinance or rule or regulation promulgated thereunder by any government unit or any order of court or other government unity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Henry A. Thompson

This 31 day of January, 2003.