IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 02-CV-5311 |
| CIRRUS INDUSTRIES, INC., a Delaware Corporation, CIRRUS HOLDING COMPANY LIMITED, a Cayman Islands Corporation, CRESCENT CAPITAL INVESTMENTS, INC., a Delaware Corporation, FIRST ISLAMIC INVESTMENT BANK, E.C., a Bahrain Investment Bank, ALAN L. KLAPMEIER, DALE E. KLAPMEIER, PETER P. McDERMOTT, II, JOHN N. DYSLIN, SIMA GRIFFITH, MARWAN ATALLA, WILLIAM J. MIDON, and WILLIAM C. WOOD, | ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF JOHN N. DYSLIN

State of Georgia      )
                      ) SS
Fulton County         )

John N. Dyslin, being duly sworn, deposes and says:

1. I am a Director of Crescent Capital Investments, Inc. ("Crescent"). I submit this affidavit in support of the defendants' motion to dismiss.

2. Crescent is a Delaware corporation with its principal place of business in Atlanta, Georgia. Crescent's principal address is 75 Fourteenth Street, 24th Floor, Atlanta, Georgia 30309.

3. Crescent has no offices, employees, or agents in the State of Pennsylvania.

4. Crescent has not transacted any business in the State of Pennsylvania. It has not (i) engaged in any act (or a series of acts) for the purpose of thereby realizing pecuniary benefit; (ii) knowingly shipped any merchandise directly or indirectly into or through the State of Pennsylvania; or (iii) engaged in any business or profession within the State of Pennsylvania.

5. Crescent has not contracted to supply services or things in the State of Pennsylvania.

6. Crescent does not own, use, or possess any real property located in the State of Pennsylvania.

7. Crescent has not contracted to insure or act as surety for, or on, any person, property, risk, contract, obligation or agreement located, executed or to be performed in the State of Pennsylvania.

8. Crescent has not accepted election or appointment or exercised powers under the authority of the State of Pennsylvania as a (i) personal representative of a decedent; (ii) guardian of a minor or incapacitated person; (iii) trustee or other fiduciary; or (iv) director or officer of a corporation. Crescent has not executed a bond concerning any of the foregoing categories of persons.

9. Crescent has not applied to any government unit of the State of Pennsylvania for any certificate, license, permit, registration or similar instrument or authorization or exercised any such instrument or authorization.

10. Crescent has not violated within the jurisdiction of the State of Pennsylvania any statute, home rule charter, local ordinance or rule or regulation promulgated thereunder by any government unit or any order of court or other government unity.

11. I have not personally engaged in any of the activities described in paragraphs 4 through 10 above, and I have not visited Pennsylvania within the past five years, except during layovers in the Philadelphia and Pittsburgh airports on several occasions.

_____
John N. Dyslin

The foregoing Affidavit of *John N. Dyslin* was subscribed and sworn before me on this 26th day of November, 2002.

_____
Peggy F. St. Amant
Notary Public

My commission expires: 6/21/03