```
0001
 1          IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
                     IN AND FOR NEW CASTLE COUNTY
 2

 3    CIRRUS HOLDING COMPANY, LTD.     :
                                       :
 4              vs.                    : C.A. No. 18978
                                       :
 5    CIRRUS INDUSTRIES, INC., AND     :
      AEROGLOBAL CAPITAL MANAGEMENT,   :
 6    LLC                              :

 7
            DEPOSITION OF CHRISTOPHER R. MOE, a Witness in the
 8          above-entitled cause, taken on behalf of the
            Plaintiff, before Angela M. Gallogly, RPR, Notary
 9          Public in and for the State of Rhode Island, held at
            43 Cliff Avenue, Newport Rhode Island, on July 10,
10          2001, at 10:00 A.M.

11
      -APPEARANCES-:
12
         FOR THE PLAINTIFF......MORRIS, NICHOLAS, ARSHT & TUNNELL
13                              BY:  WILLIAM M. LAFFERTY, ESQUIRE
                                1201 NORTH MARKET STREET
14                              WILMINGTON, DE  19801

15       FOR THE DEFENDANT......SPECTOR, GADON & ROSEN, P.C.
         (AEROGLOBAL)           BY:  TIMOTHY C. RUSSELL, ESQUIRE
16                              1635 MARKET STREET - 7TH FLOOR
                                PHILADELPHIA, PA  19103
17
         FOR THE DEFENDANT......DORSEY & WHITNEY, LLP
18       (CIRRUS INDUSTRIES)    BY:  MATTHEW MacKINNON SHORS, ESQ.
                                PILLSBURY CENTER SOUTH
19                              220 SOUTH SIXTH STREET
                                MINNEAPOLIS, MN  55402-1498
20

21
                        ALLIED COURT REPORTERS
22                         115 PHENIX AVENUE
                     CRANSTON, RHODE ISLAND   02920
23                          (401) 946-5500

24
```

```
0008
 1   Q.   Yes.  Does it contain any references?
 2        A.   No, it does not.
 3   Q.   Do you, as a matter of practice, communicate via
 4        e-mail?
 5        A.   As compared to what?
 6   Q.   Compared to fax or mail?
 7        A.   I communicate with all known technologies.
 8   Q.   Who are the members of AeroGlobal Capital Management,
 9        LLC?
10        A.   There are three members; Craig Millard, personally
11        or corporately, I think that's still an open question,
12        Boundary Waters Holdings, and GH Venture Partners,
13        LLC.
14   Q.   What is Boundary Waters Holding?
15        A.   I don't really know.
16   Q.   Do you know who owns it?
17        A.   Yes.
18   Q.   Who owns it?
19        A.   Keith Fitzgerald.  I presume it is a personal
20        management or holding company.
21   Q.   Does an LLC Agreement exist relating to AeroGlobal
22        Capital Management, LLC?
23                MR. RUSSELL:  You mean a formal
24        operating agreement?
```