# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| PENNSYLVANIA EASTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 8,109 | 9,255 | 8,484 | 9,260 | 10,013 | 9,720 | | |
| | Terminations | | 9,087 | 7,754 | 8,764 | 9,647 | 8,651 | 9,198 | | |
| | Pending | | 7,693 | 8,661 | 7,134 | 7,571 | 7,775 | 6,304 | | |
| | % Change in Total Filings | Over Last Year | -12.4 | | | | | | 77 | 5 |
| | | Over Earlier Years | | -4.4 | -12.4 | -19.0 | -16.6 | | 80 | 6 |
| Number of Judgeships | | | 22 | 22 | 22 | 22 | 23 | 23 | | |
| Vacant Judgeship Months** | | | 38.5 | 71.6 | 59.2 | 39.6 | 29.6 | 8.8 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 369 | 421 | 386 | 421 | 435 | 423 | 64 | 3 |
| | | Civil | 339 | 389 | 354 | 392 | 409 | 397 | 51 | 3 |
| | | Criminal Felony | 30 | 32 | 32 | 29 | 26 | 26 | 85 | 4 |
| | Pending Cases | | 350 | 394 | 324 | 344 | 338 | 274 | 59 | 6 |
| | Weighted Filings** | | 372 | 371 | 381 | 389 | 390 | 376 | 71 | 3 |
| | 95% Confidence | Upper | 400 | 396 | 409 | 421 | 421 | 405 | | |
| | | Lower | 345 | 345 | 354 | 356 | 360 | 347 | | |
| | Terminations | | 413 | 352 | 398 | 439 | 376 | 400 | 49 | 3 |
| | Trials Completed | | 14 | 14 | 14 | 20 | 21 | 22 | 74 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.6 | 8.5 | 8.6 | 8.9 | 8.4 | 9.5 | 77 | 5 |
| | | Civil** | 8.0 | 7.8 | 8.1 | 8.9 | 6.2 | 6.9 | 21 | 2 |
| | From Filing to Trial** (Civil Only) | | 15.2 | 15.3 | 14.3 | 12.6 | 13.0 | 12.4 | 15 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 521 | 138 | 66 | 311 | 106 | 76 | | |
| | | Percentage | 7.7 | 1.8 | 1.0 | 4.5 | 1.5 | 1.3 | 75 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.6 | 1.7 | 1.6 | 1.6 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 67.20 | 60.24 | 54.74 | 56.87 | 48.54 | 52.42 | | |
| | | Percent Not Selected or Challenged | 44.1 | 41.4 | 39.8 | 41.6 | 33.8 | 39.0 | | |

| 2001 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7449 | 595 | 52 | 1159 | 33 | 77 | 462 | 1179 | 1599 | 169 | 1509 | 68 | 547 |
| Criminal* | 649 | 44 | 11 | 125 | 3 | 28 | 196 | ** | 22 | 127 | 6 | 33 | 54 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."