# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| MINNESOTA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 2,730 | 3,216 | 2,431 | 3,322 | 3,195 | 2,857 | | |
| | Terminations | | 2,754 | 3,357 | 2,766 | 3,053 | 3,355 | 2,575 | | |
| | Pending | | 2,195 | 2,213 | 2,349 | 2,819 | 2,556 | 2,707 | | |
| | % Change in Total Filings | Over Last Year | -15.1 | | | | | | 84 | 10 |
| | | Over Earlier Years | | | 12.3 | -17.8 | -14.6 | -4.5 | 53 | 4 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months** | | | .0 | .0 | 4.1 | 3.0 | .0 | 13.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 390 | 459 | 347 | 475 | 456 | 408 | 57 | 6 |
| | | Civil | 344 | 411 | 305 | 429 | 413 | 373 | 49 | 5 |
| | | Criminal Felony | 46 | 48 | 42 | 46 | 43 | 35 | 67 | 8 |
| | Pending Cases | | 314 | 316 | 336 | 403 | 365 | 387 | 71 | 7 |
| | Weighted Filings** | | 445 | 472 | 434 | 563 | 542 | 458 | 45 | 4 |
| | 95% Confidence | Upper | 498 | 527 | 474 | 628 | 593 | 501 | | |
| | | Lower | 392 | 418 | 395 | 498 | 490 | 416 | | |
| | Terminations | | 393 | 480 | 395 | 436 | 479 | 368 | 56 | 6 |
| | Trials Completed | | 12 | 13 | 14 | 19 | 15 | 14 | 82 | 10 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.5 | 7.5 | 8.0 | 7.5 | 7.0 | 6.7 | 46 | 6 |
| | | Civil** | 8.9 | 12.6 | 10.0 | 9.2 | 10.7 | 8.4 | 32 | 3 |
| | From Filing to Trial** (Civil Only) | | 20.7 | 20.8 | 22.0 | 22.3 | 20.5 | 18.0 | 46 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 53 | 57 | 27 | 119 | 60 | 75 | | |
| | | Percentage | 2.7 | 2.8 | 1.3 | 4.6 | 2.5 | 2.9 | 29 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.6 | 1.7 | 1.5 | 1.6 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 35.94 | 39.08 | 35.83 | 37.08 | 37.04 | 41.83 | | |
| | | Percent Not Selected or Challenged | 35.3 | 35.7 | 33.0 | 35.3 | 36.2 | 37.9 | | |

| 2001 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2411 | 177 | 204 | 291 | 42 | 15 | 253 | 337 | 415 | 179 | 374 | 8 | 116 |
| Criminal* | 314 | 13 | 9 | 32 | 5 | 7 | 113 | ** | 9 | 47 | 12 | 27 | 40 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."