## CERTIFICATE OF SERVICE

I, Francis P. Newell, hereby certify that on this 21st day of March, 2003 I caused a true

and correct copy of the foregoing Memorandum in Opposition to Plaintiff's Motion to Vacate

Order to be served by U.S. First Class mail, postage paid, addressed as follows:

> Paul R. Rosen
> Timothy C. Russell
> Michael C. Wagner
> Spector Gadon & Rosen, P.C.
> Seven Penn Center
> 1635 Market Street, 7th Floor
> Philadelphia, PA 19103
>
> Counsel for Plaintiff

_____

Francis P. Newell