IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC | : CIVIL ACTION<br>:<br>: |
| vs. | :<br>: |
| CIRRUS INDUSTRIES, INC., <u>ET</u> <u>AL</u>. | : NO. 02-5311 |

<u>O R D E R</u>

**AND NOW**, this 31st day of March, 2003, upon request of counsel for the defendants, **IT IS HEREBY ORDERED** that the scheduling conference is **CONTINUED** until **<u>May 9, 2003 at 4:00 p.m. in Courtroom 14-B</u>**.

William H. Yohn, Jr., Judge