IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC | : CIVIL ACTION :  :  |
| vs. | : : |
| CIRRUS INDUSTRIES, INC., ET AL. | : NO. 02-5311 |

O R D E R

**AND NOW**, this 16th day of April, 2003, **IT IS HEREBY ORDERED** that defendants' motion to strike plaintiff's memorandum in opposition to defendants' motion to dismiss is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn, Jr., Judge