IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC | : CIVIL ACTION :  : |
| vs. | : : |
| CIRRUS INDUSTRIES, INC., <u>ET</u> <u>AL</u>. | : NO. 02-5311 |

<u>O R D E R</u>

**AND NOW**, this 19th day of May, 2003, counsel for said defendants having advised that their correct names are Marwan Atalla and William C. Wood, Jr., **IT IS HEREBY ORDERED** that all parties identified in the pleadings at Marwan Aall are **DISMISSED WITHOUT PREJUDICE** and all parties designated as William C. Wood are **RESTATED** as William C. Wood, Jr..

                                                                                    _____
                                                                                    William H. Yohn, Jr., Judge