IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC | : CIVIL ACTION<br>:<br>: |
| vs. | :<br>: |
| CIRRUS INDUSTRIES, INC., <u>ET</u> <u>AL</u>. | : NO. 02-5311 |

<u>O R D E R</u>

**AND NOW**, this 20th day of January, 2004, upon consideration of the letter reports from counsel that the Delaware action has not proceeded and that the trial in this action should be continued, **IT IS HEREBY ORDERED** that trial in the above action is **CONTINUED** until **August 23, 2004 at 10:00 a.m.**

_____
William H. Yohn, Jr., Judge