IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AEROGLOBAL CAPITAL MANAGEMENT, LLC | : CIVIL ACTION : : |
| vs. | : : |
| CIRRUS INDUSTRIES, INC., ET AL. | : NO. 02-5311 |

O R D E R

**AND NOW,** this 23rd day of June, 2005, upon request of all counsel, and with the court's approval, **IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to Rule 41(a) without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall mark this case **CLOSED FOR STATISTICAL PURPOSES**.

          s/William H. Yohn, Jr.
          William H. Yohn, Jr., Judge